PD-0341&0342-15

No. 05-13-00978-CR   05-13-00979-CR

In The Criminal Court of Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 27 2015
Abel Acosta, Clerk

Roy Curtis Stuart Jr. Vs. State of Texas

Appeal Nos.

05-13-00978-CR, 05-13-00979-CR

Trial Nos.

Dallas County

F13-52718-Y, F13-52719-Y

To The Honorable Judges of The Court of Criminal Appeals

FILED IN
COURT OF CRIMINAL APPEALS
MAR 27 2015
Abel Acosta, Clerk

Comes Now Roy Curtis Stuart Jr., Petitioner, And files this motion for an Extension of time 60 days (sixty) in which to file A Petition for Discretionary Review. In support of this motion, Appellant shows the court the following

I.

The petitioner was convicted in the 7th District Court of Dallas County, Texas of the offenses of unlawful possession of firearm by A felon & possession with intent to deliver A controlled subtane heroin in cause Nos. F13-52718-Y & F13-52719Y, styled State of Texas Vs. Roy Stuart. The petitioner appealed to the Court of Appeals 5th District Dallas Texas. The case was Affirmed on February 25th 2015.

II.

The present deadline for filing the Petition for Discretionary Review is March 25th 2015. The Petitioner has not Requested any extension prior to this request.

III.

Petitioner request is based upon the following facts: Petitioner was not informed of the decision of the court of Appeals in affirming his case until March 10 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His

attorney on the appeal Riann C. Moore has informed Petitioner that she will not represent him on Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in case nos. F13-52718-Y, F13-52719-Y to June 25 2015.

Roy Curtis Stuart Jr. #1870750

H.H Coffield Unit

2661 FM 2054

Tennessee Colony, Texas 75884


I certify that a true and correct copy of the above and foregoing first motion for extension of time to file Petition for Discretionary Review, has been forwarded by U.S. mail postage prepaid first class to Attorney for state _____ Dallas County District Attorneys office 133 N. Riverfront Blvd. LB 19 Dallas Tx. 75207-4399, and to state prosecuting attorney P.O. Box 12405, Austin Tx 78711 on this 17 day of March 2015

Roy Stuart Pro se

I Roy Curtis Stuart Jr. 1870750 being presently incarcerated in the H.H Coffield Unit of Texas Department of Criminal Justice in Palestine County Texas, verify and Declare under penalty of perjury that the foregoing statements are true and correct Executed on this the 17th day of March 2015

Roy Curtis Stuart Jr. #1870750

Coffield Unit

2661 FM 2054

Tennessee Colony Texas 75884